# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY STRAUSS,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>        Defendants. | Case No. 2:19-cv-05277-GW-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Plaintiff has objected.

    IT THEREFORE IS ORDERED that

    (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted;

    (2) defendants' Second Motion to Dismiss is granted;

    (3) plaintiff's federal claims are dismissed without further leave to amend and with prejudice for failure to state a claim and violation of Rule 8;

    (4) plaintiff's state law claims are dismissed without leave to amend but without prejudice; and

(5) Judgment shall be entered dismissing this action.

DATED: July 2, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE