JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY STRAUSS,<br><br>               Plaintiff,<br><br>   v.<br><br>COUNTY OF LOS ANGELES,<br>et al.,<br><br>               Defendants. | Case No. 2:19-cv-05277-GW-AFM<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed. Plaintiff's federal claims are dismissed without further leave to amend and with prejudice. Plaintiff's state law claims are dismissed without leave to amend but without prejudice.

DATED: July 2, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE